PETER KRISTOFER STROJNIK, AZ Bar No. 026082
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff Strojnik

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik,<br><br>                    Plaintiff,<br><br>vs.<br><br>Dollar Rent a Car Incorporated,<br><br>                    Defendant. | Case No: 2:17-cv-01205-JZB<br><br>**NOTICE OF SETTLEMENT** |

    Please take notice that the above-captioned matter has settled. Plaintiff anticipates memorializing the settlement and filing a stipulation of dismissal with prejudice in thirty days or less.

    DATED this 2nd day of May, 2017.

                                                      _____
                                                      Peter Kristofer Strojnik (026082)
                                                      Attorneys for Plaintiff STROJNIK