# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kristofer Strojnik, | No. CV-17-01205-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Dollar Rent A Car Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiff's Notice of Settlement, in which Plaintiff asserts that this matter "has settled," and Plaintiff "anticipates memorializing the settlement and filing a stipulation of dismissal with prejudice in thirty days or less." (Doc. 8.) Plaintiff is advised that he still must comply with the Court's Order to Show Cause at Doc. 7. On or before **May 5, 2017**, Plaintiff shall show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction.

Accordingly,

**IT IS ORDERED** affirming the Court's Order to Show Cause at Doc. 7. On or before **May 5, 2017**, Plaintiff shall show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction.

Dated this 2nd day of May, 2017.

Honorable John Z. Boyle
United States Magistrate Judge